UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Avery Garrard & Keina Drageset   Case No. 1:23-mj-01013-WRP

Presiding District or Magistrate Judge: JUDGE ROM TRADER

Media Outlet: KITV4

Representative(s): Aalii Dukelow

Email Address To Send Completed Request Form: news@kitv.com

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 6/27/2023 | 1030a | Initial Appearance |
| | | |
| | | |
| | | |
| | | |

DATED: 6/27/2023   SIGNATURE: *Duane Shimogawa*
PRINTED NAME: Duane Shimogawa - Assign. M

IT IS SO ORDERED.

XX APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: June 27, 2023

Rom A. Trader
United States Magistrate Judge