# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-MJ-01013-WRP-1 |
| CASE NAME: | United States of America vs. (1) Avery Garrard |
| ATTY FOR PLA: | Marshall Silverberg* |
| ATTY FOR DEFT: | Neal Kugiya* |
| U.S. PROBATION OFFICER: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 06/27/2023 | TIME: | 10:37 AM-10:41 AM |

COURT ACTION: EP:   INITIAL APPEARANCE as to DEFENDANT (1) AVERY GARRARD held on 6/27/2023.

Defendant present and in custody.

Appointment of Counsel:

Defendant sworn to Financial Affidavit.  Court appoints Neal Kugiya as counsel for Defendant.

Initial Appearance:

Mr. Kugiya represents having reviewed the charges with the Defendant.  Defendant waives public reading and acknowledges general understanding of the charges.

**Detention Hearing** is set for **June 30, 2023 at 10:30 a.m.** in Courtroom 5 before Magistrate Judge Rom Trader.

**Preliminary Hearing** is set for **July 11, 2023 at 10:30 a.m.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield.

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny.  Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges.

This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager*