SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MAX J. MIZONO  #10245
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      Max_Mizono@fd.org

Attorney for Defendant
KEINA DRAGESET

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-01013 WRP |
| | ) | |
| Plaintiff | ) | NOTICE OF CHANGE OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| KEINA DRAGESET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF COUNSEL

NOTICE IS HEREBY GIVEN that MAX J. MIZONO is added as attorney

for Defendant KEINA DRAGESET, and JACQUELYN ESSER is terminated as

attorney for said defendant.

DATED:   Honolulu, Hawaii, June 28, 2023.

/s/ Max J. Mizono
MAX J. MIZONO
Attorney for Defendant
KEINA DRAGESET

NOTICE OF CHANGE OF COUNSEL
*United States v. Keina Drageset*, Mag. No. 23-01013 WRP
United States District Court, District of Hawaii

<u>CERTIFICATE OF SERVICE</u>

MAX J. MIZONO hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on June 28, 2023:

<u>Served Electronically through CM/ECF</u>:

MARSHALL SILVERBERG
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, June 28, 2023.

/s/ Max J. Mizono
MAX J. MIZONO
Attorney for Defendant
KEINA DRAGESET