AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. Mag. No. 23-00995 WRP
888 Kapiolani Blvd, Apt 4301, Honolulu, HI )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Hawaii_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, Attached Hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 6, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Rom Trader_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/22/2023 at 11:48 a.m.

*(signature)*
Rom A. Trader
United States Magistrate Judge

City and state: Honolulu, Hawaii

EXHIBIT 1

# ATTACHMENT A

## Property to be Searched

888 Kapiolani Blvd, Apt 4301, Honolulu, HI, the residence of Avery GARRARD and Keina DRAGESET (the "PREMISES"), more specifically described as follows:

Photographs of the subject PREMISES are below:



1

## ATTACHMENT B

### List of Items Authorized to be Searched for and Seized

Evidence relating to violations of the Controlled Substances Act, including but not limited to violations of Title 21, United States Code, Sections 841(a)(1), 844, and 846, and involving GARRARD and DRAGESET and others, known and unknown, including:

a. Controlled substances held in violation of 21 U.S.C. §§ 841(a)(1) and 846;

b. Paraphernalia for using, packaging, processing, weighing, and distributing controlled substances, to wit: scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, heat-sealing devices, pipes, butane torches, lighters, etc.;

c. Books, records, receipts, notes, ledgers and other papers relating to the distribution of controlled substances;

d. Personal books and papers reflecting names, addresses, telephone numbers, and other contact/identification data relating to the distribution of controlled substances;

e. Cash, currency, and records relating to income and expenditures of money and wealth from controlled substances, to wit, money orders, wire transfer and cashier's check receipts, and bank statements, passbooks, checkbooks, and check registers;

f. Any computers, including desktop computers and laptop computers, tablets, mobile phones, pagers, storage devices such as hard drives, thumb drives, zip disks, and CDs that were or may have been used as a means to store contact/identification data, records, notes, and/or ledgers relating to the distribution of controlled substances and/or purchase illegal substances in violation of 21 U.S.C. §§ 841 and 846;

g. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

h. Waybills, airbills, bills of lading, receipts, delivery notices, and other shipping documentation from the U.S. Postal Service, small package carriers, or common carriers which indicate the shipment of packages and parcels to and from Hawaii, boxes and packaging material used for shipping;

i. Firearms and components, including components or tools that can be used to modify or manufacture firearms, ammunition, ammunition components and magazines, silencers, books, pamphlets, and documentation of firearms and components and

j. Cellular phones, telephones and telephone answering machines, electronic organizers, pagers and other communication devices.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

## SEARCH PROCEDURE FOR DIGITAL DEVICES

In searching digital devices or forensic copies thereof, law enforcement personnel executing this search warrant or other individuals assisting law enforcement personnel (the "search team") will, in their discretion, either search the digital device(s) on-site or seize and transport the device(s) and/or forensic image(s) thereof to an appropriate law enforcement laboratory or similar facility to be searched at that location

2

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.: Mag. No. 23-00995 WRP | Date and time warrant executed: 06/23/2023 @ approximately 6:10 a.m. | Copy of warrant and inventory left with: 888 Kapiolani Blvd, APT 4301, Honolulu, HI |
| Inventory made in the presence of: SA Albert Miliauskas and SA Joshua Kent |||
| Inventory of the property taken and name(s) of any person(s) seized: <br> -Approximately 550 gross grams of suspected fentanyl powder <br> -Approximately 33.9 gross grams of suspected crystal methamphetamine <br> -$150,219 in US Currency <br> -One (1) Lenovo Laptop <br> -One (1) Women's Watch with "Rolex" name brand, silver in color <br> -One (1) computer hard-drive <br> -Four (4) Thumb drives <br> -Two (2) Black cellular phones <br> -One (1) iPad <br> -One (1) SD Card <br> -One (1) Kingston M.2 SSD Drive |||

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 27, 2023, 3:35 pm
Lucy H. Carrillo, Clerk of Court

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/27/2023

*Executing officer's signature*

Joshua Kent, SA
*Printed name and title*