AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One United States Postal Service Priority Mail Parcel ) Case No. Mag. No. 23-1004 WRP
Bearing Tracking Number )
9405 5092 0556 8727 7542 48 )
)

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___Hawaii___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A," which is attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment "B," which is attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Rom Trader___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___June 23, 2023 at 10:53 a.m.___

City and state: ___Honolulu, HI___

*signature*
Rom A. Trader
**United States Magistrate Judge**

EXHIBIT 2

# ATTACHMENT A
## Property to Be Searched

One USPS Priority Mail envelope / parcel bearing tracking number 9405 5092 0556 8127 7542 48 ("SUBJECT PARCEL"), and to seize items found as described in Attachment B. The SUBJECT PARCEL measures approximately 12.5" x 9.5", weighs approximately 0 pounds, 5.0 ounces, bears Pitney Bowes printed commercial label which indicates it was sent from "MIGHTY WIRELESS, 239 E. 5th St #60, Los Angeles CA 90013-1503" and is addressed to "KEINA DRAGESET, 888 KAPIOLANI BLVD APT 4301, HONOLULU HI 96813-6054."

The SUBJECT PARCEL is presently located in the offices of the United States Postal Inspection Service in the District of Hawaii. Photograph depicting the SUBJECT PARCEL is immediately below:



7

## ATTACHMENT B
### Items to Be Seized

The items to be seized are contraband, evidence, fruits, and/or instrumentalities of narcotics trafficking in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846. including but not limited to:

1. Any and all controlled substances, or mixtures and substances suspected to contain a detectable amount of controlled substances.

2. United States Currency and/or bearer instruments.

3. Any items used to package or conceal such controlled substances, and/or monies; and

4. Any items or property that tend to identity the person(s) in possession, control or ownership of the property that is the subject of this warrant.

Case 1:23-mj-01013-WRP   Document 14-2   Filed 06/28/23   Page 4 of 4   PageID.53

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
23 June 2024 10:44 AM has
Lucy H. Carrillo, Clerk of Court

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: <br> Mag. No. 23-1004 WRP | Date and time warrant executed: <br> June 23, 2023, ~ 12:36 PM | Copy of warrant and inventory left with: <br> USPIS |
|---|---|---|

Inventory made in the presence of :
  Insp Melanie Ramirez and TFO Nick Porter

Inventory of the property taken and name(s) of any person(s) seized:

  - parcel 9405 5092 0556 8727 7542 48, one large gray padded envelope, one smaller red padded envelope, and two vacuum sealed bags
  - approximately 8.6 gross gram of a solid, white powder that field tested positive for fentanyl

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 23, 2023

*Executing officer's signature*

Michael R. Ercolano III, U.S. Postal Inspector
*Printed name and title*