# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-MJ-01013-WRP-1 |
| CASE NAME: | United States of America vs. (1) Avery Garrard |
| ATTY FOR PLA: | Marshall Silverberg* |
| ATTY FOR DEFT: | Neal Kugiya* |
| U.S. PROBATION OFFICER: | Justin Jo |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 06/30/2023 | TIME: | 10:34 AM-10:41 AM |

COURT ACTION: EP:   DETENTION HEARING as to DEFENDANT (1) AVERY GARRARD held on 6/30/2023.

Defendant present and in custody.

Detention Hearing:

Court takes judicial notice of its records and files and has carefully considered the *Criminal Complaint* ECF [1], the Government's ECF [3] *Motion to Detain Defendant Without Bail* ("Motion"), ECF [14] *The Government's Memorandum in Support of its Motion to Detain both Defendants*, the Pretrial Services Report dated 6/29/2023, applicable rules and legal authority, and the representations and arguments of counsel.

Argument had.

Court has carefully considered the merits of the Government's *Motion* within the context of the records and files, the recommendation of Pretrial Services, and relevant legal authority, and finds that the Defendant has failed to rebut the presumption for detention. Furthermore, the Court finds there is no condition or combination of conditions that will reasonably assure Defendant' presence in court as required and mitigate the risk of danger to the community, if released. Accordingly, Defendant to be detained pending trial.

Government's *Motion to Detain Defendant Without Bail* ECF [3] as to Defendant (1) Avery Garrard is GRANTED.

Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager*