# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-MJ-01013-WRP-2 |
| CASE NAME: | United States of America vs. (2) Keina Drageset |
| ATTY FOR PLA: | Marshall Silverberg* |
| ATTY FOR DEFT: | Sean Fitzsimmons* |
| U.S. PROBATION OFFICER: | Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 06/30/2023 | TIME: | 10:42 AM-10:59 AM |

COURT ACTION: EP:   DETENTION HEARING as to DEFENDANT (2) KEINA DRAGESET held on 6/30/2023.

Defendant present and in custody.

Mr. Fitzsimmons represents he has been retained as counsel for Defendant and Withdrawal and Substitution executed and to be filed.  Defendant confirms.

Detention Hearing:

Court takes judicial notice of its records and files and has carefully considered the *Criminal Complaint* ECF [1], the Government's ECF [4] *Motion to Detain Defendant Without Bail* ("Motion"), ECF [14] *The Government's Memorandum in Support of its Motion to Detain both Defendants*, the Pretrial Services Report dated 6/29/2023, applicable rules and legal authority, and the representations and arguments of counsel.

Argument had.

Court has carefully considered the merits of the Government's *Motion* within the context of the records and files, the recommendation of Pretrial Services, and relevant legal authority, and finds Defendant has failed to rebut the presumption for detention.  Furthermore, the Court finds that there is no condition or combination of conditions that will reasonably assure Defendant's presence in court as required and mitigate the risk of danger to the community, if released.  Accordingly, Defendant to be detained pending trial.

Government's *Motion to Detain Defendant Without Bail* ECF [4] as to Defendant (2) Keina Drageset is GRANTED.

Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager*