MYLES S. BREINER      4364
KYLE T. DOWD           9495
ANDREW STRAND       10323
SEAN FITZSIMMONS  10693
Law Office of Myles S. Breiner & Associates, ALC
1003 Bishop Street, Suite 2150
Honolulu, Hawaii  96813
Telephone: (808) 526-3426
myles@breinerlaw.net

Attorneys for Defendant
KEINA DRAGESET (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | MAG NO. 23-1013 WRP |
|---|---|
| Plaintiff, | WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER |
| v. | |
| KEINA DRAGESET (02), | |
| Defendant. | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Comes now, MAXIMILIAN J. MIZONO, attorney for Defendant KEINA

DRAGESET, in the above-captioned matter, and hereby withdraws as attorney of

record and substitutes in his stead, the LAW OFFICE OF MYLES S. BREINER, as privately retained counsel for Defendant.

DATED: Honolulu, Hawaii ___June 30___, 2023.

MAXIMILIAN J. MIZONO
Withdrawing Attorney for Defendant

MYLES S. BREINER
Substitute Counsel for Defendant

KEINA DRAGESET
Defendant

**APPROVED AND SO ORDERED**:

Dated: June 30, 2023, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

U.S.A. v. Garrard, et al, MAG NO. 23-1013
Withdrawal and Substitution of Counsel and Order