AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  Mag. No. 23-1013 WRP |
| AVERY GARRARD | ) | |
| Defendant | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2023

at 1 o'clock and 15 min. P M
CLERK, U.S. DISTRICT COURT  w

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  AVERY GARRARD,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute, Resulting in Death, 40 Grams or More of Fentanyl

Date: June 26, 2023

Rom A. Trader
United States Magistrate Judge

City and state:  Honolulu, Hawaii

---

**Return**

This warrant was received on *(date)* 6/26/23, and the person was arrested on *(date)* 6/23/23
at *(city and state)*  Honolulu, HI

Date: 6/27/23

see attachment
*Arresting officer's signature*

Joshua Kent, SA
*Printed name and title*