AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) |
|---|---|
| v. | ) Case No. Mag. No. 23-1013 WRP |
| AVERY GARRARD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     AVERY GARRARD ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute, Resulting in Death, 40 Grams or More of Fentanyl

Date: June 26, 2023

Rom A. Trader
United States Magistrate Judge

City and state:     Honolulu, Hawaii

---

**Return**

This warrant was received on *(date)* 6/26/23 , and the person was arrested on *(date)* 6/23/23
at *(city and state)* Honolulu, HI .

Date: 6/27/23

*Arresting officer's signature*

Joshua Kent, SA
*Printed name and title*