AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| United States of America<br>v.<br><br>KEINA DRAGESET<br><br>Defendant | ) ) ) ) ) ) ) | Case No.   Mag. No. 23-1013 WRP |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2023

at **1** o'clock and **15** min. **P** M
CLERK, U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KEINA DRAGESET**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute, Resulting in Death, 40 Grams or More of Fentanyl

Date: June 26, 2023

*signature*
Rom A. Trader
United States Magistrate Judge

City and state:   Honolulu, Hawaii

### Return

| | |
|---|---|
| This warrant was received on *(date)* 6/26/23, and the person was arrested on *(date)* 6/23/23 at *(city and state)* Honolulu, HI | |
| Date: 6/27/23 | see attachment<br>*Arresting officer's signature*<br><br>Joshua Kent, SA<br>*Printed name and title* |