AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   Mag. No. 23-1013 WRP |
| | ) | |
| KEINA DRAGESET | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KEINA DRAGESET                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute, Resulting in Death, 40 Grams or More of Fentanyl

Date:    June 26, 2023

City and state:    Honolulu, Hawaii

*Rom A. Trader*
Rom A. Trader
United States Magistrate Judge

| Return |
|---|
| This warrant was received on *(date)*  6/26/23  , and the person was arrested on *(date)*  6/23/23  at *(city and state)*  Honolulu, HI  .<br><br>Date:  6/27/23<br><br>*Arresting officer's signature*<br><br>Joshua Kent , SA<br>*Printed name and title* |