## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document will be duly served to the following party(ies) via **CM/ECF:**

TO:    MARSHALL H. SILVERBERG
Assistant U.S. Attorney
*Office of the United States Attorney*
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff

DATED: Honolulu, Hawaii, July 5, 2023.

/s/ *Myles S. Breiner*
MYLES S. BREINER
Attorney for Defendant
KEINA DRAGESET

8