MYLES S. BREINER    4364
KYLE T. DOWD    9495
ANDREW STRAND    10323
SEAN FITZSIMMONS    10693
Law Office of Myles S. Breiner & Associates, ALC
1003 Bishop Street, Suite 2150
Honolulu, Hawaii  96813
Telephone: (808) 526-3426
myles@breinerlaw.net

Attorneys for Defendant
KEINA DRAGESET (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | MAG NO. 23-1013 WRP |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE |
| v. | |
| KEINA DRAGESET, (02) | |
| Defendant. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Comes Now, KYLE T. DOWD, and hereby enters an appearance as counsel for Defendant KEINA DRAGESET in connection with the instant case as Defendant's present counsel of record herein.

Dated:   Honolulu, Hawaii, July 5, 2023.

_____
KYLE T. DOWD