## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document will be duly served to the following party(ies) via **CM/ECF**:

> TO: MARSHALL H. SILVERBERG
> Assistant United States Attorney
> *Office of the United States Attorney*
> 6100 PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6-100
> Honolulu, Hawaii 96850
> Attorney for Plaintiff

Dated:   Honolulu, Hawaii, July 5, 2023.

*/s/ Kyle T. Dowd*

KYLE T. DOWD