## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document will be duly served to the following party(ies) via **CM/ECF**:

>TO: MARSHALL H. SILVERBERG
>Assistant United States Attorney
>*Office of the United States Attorney*
>6100 PJKK Federal Building
>300 Ala Moana Boulevard, Room 6-100
>Honolulu, Hawaii 96850
>Attorney for Plaintiff

Dated:   Honolulu, Hawaii, July 5, 2023.

*/s/ Andrew Strand*
ANDREW STRAND